| 1  | DANIEL J. BRODERICK, Bar #89424
|    | Federal Defender
| 2  | VICTOR M. CHAVEZ, Bar #113752
|    | Assistant Federal Defender
| 3  | Designated Counsel for Service
|    | 2300 Tulare Street, Suite 330
| 4  | Fresno, California 93721-2226
|    | Telephone: (559) 487-5561
| 5  |
|    | Attorney for Defendant
| 6  | ROBERTO RENTERIA, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:11-cr-0173 LJO |
|---|---|---|
| *Plaintiff,* | ) | |
| | ) | STIPULATION TO CONTINUE STATUS |
| v. | ) | CONFERENCE HEARING; ORDER |
| | ) | |
| ROBERTO RENTERIA, JR., | ) | DATE: December 19, 2011 |
| | ) | TIME: 1:00 P.M. |
| *Defendant.* | ) | JUDGE: Hon. Oliver W. Wanger |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Jeremy R. Jehangiri, Counsel for Plaintiff, and Assistant Federal Defender Victor M. Chavez, Counsel for Defendant Roberto Renteria, Jr., that the status conference currently set for December 5, 2011, **may be continued to December 19, 2011 at 1:00 p.m.**

This stipulation is proposed by the defense to allow for completion of plea negotiations. Since the last court appearance the government has made a new plea offer. In addition, defense counsel met with government counsel and the case agent to discuss case evidence. Defense counsel requests this continuance to complete his case review with the defendant and plea negotiations. At the next court appearance a plea will be entered or a trial date will be requested. The requested continuance will conserve time and resources for both counsel and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

                                             BENJAMIN B. WAGNER
                                             United States Attorney

DATED: December 2, 2011                By:     /s/ *Jeremy R. Jehangiri*
                                                          JEREMY R. JEHANGIRI
                                                            Assistant United States Attorney
                                                            Counsel for Plaintiff

                                             DANIEL J. BRODERICK
                                             Federal Defender

DATED: December 2, 2011                By:     /s/ *Victor M. Chavez*
                                                            VICTOR M. CHAVEZ
                                                           Assistant Federal Defender
                                                           Attorney for Defendant
                                                           ROBERTO RENTERIA, JR.

## ORDER

**IT IS SO ORDERED.**

DATED: December 5, 2011

                                                            /s/ Lawrence J. O'Neill
                                                            LAWRENCE J. O'NEILL
                                                           United States District Court Judge
                                                           Eastern District of California