BENJAMIN B. WAGNER
United States Attorney
JEREMY R. JEHANGIRI
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: 559-497-4000

Attorneys for Plaintiff
  United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:11-CR-00173-LJO |
| Plaintiff, | STIPULATION AND AGREEMENT TO CONTINUE JURY TRIAL DATE; **ORDER** |
| v. | |
| ROBERTO RENTERIA, JR., | |
| Defendant. | Honorable Lawrence J. O'Neill |

The United States of America, by and through Assistant United States Attorney Jeremy R. Jehangiri, and Defendant Roberto Renteria, Jr., by and through his counsel, Victor Chavez, submit this stipulation for the Court's consideration.

IT IS STIPULATED AND AGREED:

1. The parties request that the jury trial date in this case be continued from June 12, 2012, to October 23, 2012, at 9:00 a.m.

2. The parties stipulate that the time between the date of this Order, and, through and excluding, October 23, 2012, should be excluded from the calculation of time under the Speedy Trial Act.

3. The assigned case agent, who performed most, if not all, of the investigation of this matter, is several months pregnant. The case

agent's due date is in late May 2012. The case agent has scheduled maternity leave until August 10, 2012. The undersigned counsel for the United States requests this continuance to maintain continuity of its trial team, to include the assigned case agent, and allow counsel a reasonable amount of additional time to engage in necessary and effective preparation with the assigned case agent, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

4. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the United States and the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

5. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED AND AGREED.

Dated: April 24, 2012  BENJAMIN B. WAGNER
            United States Attorney

              /s/ *Jeremy Jehangiri*
              Jeremy R. Jehangiri
              Assistant United States Attorney


Dated: April 24, 2012  /s/ *Victor Chavez* (as authorized)
              Victor Chavez
              Attorney for Defendant
              Roberto Renteria, Jr.

**ORDER**

Granted for good cause, with time excluded for the foregoing legal and factual reasons.

IT IS SO ORDERED.

**Dated:　April 26, 2012**　　　　　　　　　　／s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE