| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424<br>Federal Defender |
| 2 | VICTOR M. CHAVEZ, #13752<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226<br>Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorney for Defendant<br>ROBERTO RENTERIA, JR. |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:11-cr-00173 LJO-2 |
| Plaintiff, | ) ) | STIPULATION TO MODIFY CONDITIONS OF RELEASE; |
| v. | ) ) | ORDER |
| ROBERTO RENTERIA, JR., | ) ) | |
| Defendant. | ) ) ) | Judge: Hon. Lawrence J. O'Neill |

The parties, through their respective counsel, Assistant United States Attorney, Jeremy R. Jehangiri, and Assistant Federal Defender, Victor M. Chavez, hereby agree and stipulate that the release conditions of defendant, Roberto Renteria, may be modified as follows:

1. Mr. Renteria may have contact with his wife, former co-defendant, Alia Brost, so long as they do not speak about this case.

2. The financial condition of an unsecured appearance bond in the sum of $7,000 is hereby vacated. All other conditions of release shall remain in full force and effect.

///

///

///

///

| | | |
|---|---|---|
| | | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: May 18, 2012 | By: | /s/ *Jeremy R. Jehangiri*<br>JEREMY R. JEHANGIRI<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | | DANIEL J. BRODERICK<br>Federal Public Defender |
| DATED: May 18, 2012 | By: | /s/ *Victor M. Chavez*<br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorneys for Defendant<br>ROBERTO RENTERIA, JR. |

**O R D E R**

IT IS SO ORDERED.

**Dated:   May 18, 2012**        /s/ Sheila K. Oberto
                                 UNITED STATES MAGISTRATE JUDGE